FILED
IN CLERKS OFFICE
2002 DEC 18 P 3:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIPT # 43947
AMOUNT $ 150 —
SUMMONS ISSUED 2
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 12-18-02

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LABOR READY, INC., and
LABOR READY NORTHEAST, INC.,

          Plaintiffs,

v.

ANTI-DISPLACEMENT PROJECT, and
STEVEN DONDLEY,

          Defendants.

CIVIL ACTION NO. _____

02-12429EFH

## COMPLAINT FOR TRADEMARK
## INFRINGEMENT AND UNFAIR COMPETITION

Plaintiffs, Labor Ready, Inc. and Labor Ready Northeast, Inc., as and for its Complaint against Defendants, Anti-Displacement Project and Steven Dondley, aver as follows:

### PRELIMINARY STATEMENT

1. Plaintiffs, Labor Ready, Inc. and its subsidiary and licensee, Labor Ready Northeast, Inc. (Plaintiffs are collectively referred to hereinafter as "Labor Ready" unless the context indicates otherwise), have been using LABOR READY as a mark, name, and as the dominant element of its logo since long prior to the conduct of the defendants complained of herein in connection with temporary employment agency services. The LABOR READY mark is protected by federal trademark registration, U.S. Registration No. 1,668,771.

2. Labor Ready has achieved considerable success under the LABOR READY mark, name, and logo; and such mark, name, and logo are well-recognized in the temporary employment agency services industry. The LABOR READY mark, name, and logo as shown in Exhibit A have come to be recognized as identifying Labor Ready's services and

PHL_A #1702151 v1

DOCKETED

(1)

business. The LABOR READY mark, name, and logo are, accordingly, very valuable assets of Labor Ready.

3. Upon information and belief, on or about November 2, 2002, the Anti-Displacement Project, under the direction and control of Steven Dondley (referred to collectively hereinafter as "A-DP" unless the context indicates otherwise) created and caused to go live a website. The content of the A-DP website can be accessed through the domain name slaverready.com.

4. A major graphic feature on the slaverready.com website is a simulation of the LABOR READY logo, depicted as shown in Exhibit B.

5. A-DP's use of this simulation of the LABOR READY logo on its slaverready.com website is likely to cause confusion as to the source or origin or sponsorship of A-DP's activities and as to its affiliation or relationship with Labor Ready.

## PARTIES

6. Labor Ready, Inc. is a publicly held corporation authorized to do business throughout the United States, including in Massachusetts, and it has corporate headquarters at 1015 A Street, Tacoma, Washington 98402.

7. Labor Ready Northeast, Inc. is a subsidiary of Labor Ready, Inc., with an address of 307 West Broadway, Boston, MA.

8. A-DP is, on information and belief, a nonprofit Massachusetts corporation having an address of 57 School Street, Springfield, Massachusetts 01118.

9. Steven Dondley conducts business in Massachusetts and directs and controls the activities of A-DP which are the subject of this complaint, and is conducting such activities from 57 School Street, Springfield, Massachusetts 01118.

## JURISDICTION AND VENUE

10. A-DP is engaging in the activities complained of in this District and is subject to the jurisdiction of this Court.

11. This action arises under 15 U.S.C. § 1114 and 15 U.S.C. § 1125. This Court has jurisdiction of the subject matter of this action pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

12. Venue is proper within this judicial district under 28 U.S.C. § 1391.

## THE LABOR READY MARK, NAME, AND LOGO

13. Since 1990, Labor Ready has offered and rendered in commerce temporary employment agency services under the LABOR READY mark and name.

14. Labor Ready has, since long prior to the acts of A-DP complained of herein, continuously used the LABOR READY mark, name, and logo in connection with temporary employment agency services.

15. The services offered and provided under the LABOR READY mark, name, and logo have been well received by the relevant trade and public; and the goodwill generated for the LABOR READY mark, name, and logo has been and is substantial.

16. Labor Ready, Inc., through its subsidiaries and related companies, has put more than 500,000 workers to work in 2002, alone and currently employs approximately 3,000 people full-time.

17. Labor Ready, Inc., through its subsidiaries and related companies, operates through approximately 750 branches located throughout the United States, Puerto Rico, Canada and the United Kingdom.

18. Each Labor Ready branch is responsible for recruiting temporary workers, for running the day-to-day operations of the branch, and for generating customers.

19. In Massachusetts, there are 22 Labor Ready branches located throughout the state. In 2001, Labor Ready branches in Massachusetts were responsible for employing 16,505 people in Massachusetts and contributed over $13 million in payroll. These Labor Ready branches in Massachusetts served 6,650 customers.

20. Labor Ready's LABOR READY mark, name, and logo are inherently distinctive when used in connection with the services of Labor Ready.

21. As a result of the quality of the services rendered by Labor Ready, and as a result of the extent of the activities of Labor Ready, including continuous and extensive promotion to the relevant public and trade since long prior to the activities of A-DP of which complaint is made, the LABOR READY mark, name, and logo have become well and favorably known to the relevant trade and public and have been and are associated with Labor Ready and with no other entity in the relevant temporary employment agency services industry.

22. The nature and extent of the use of the LABOR READY mark, name, and logo by Plaintiff is illustrated by the representative materials attached as Exhibit C.

23. Labor Ready has secured and is the owner of U.S. Trademark Reg. No. 1,668,771 for temporary employment agency services. This registration is valid, subsisting and incontestable. A printout of the pertinent information concerning this registration is attached as Exhibit D.

### A-DP'S UNAUTHORIZED USE OF "SLAVER READY"

24. On or about November 2, 2002, A-DP created and caused to go live the slaverready.com website. This website currently displays the term "SLAVER READY" across the top of each web page in a manner deliberately confusingly similar to Labor Ready's LABOR READY logo.

25. A-DP is employing a simulation of the LABOR READY logo on its website repeatedly in a calculated effort to interfere with the goodwill and reputation of Labor Ready in its Labor Ready mark, name, and logo.

26. Upon information and belief, A-DP's interference is done in furtherance of its plan to set up a hiring hall in competition with Labor Ready. Damaging Labor Ready's goodwill would enhance A-DP's ability to enter the market as a competitor of Labor Ready.

27. Labor Ready has objected to A-DP's use of the SLAVER READY logo on the slaverready.com website as depicted in Exhibit B, but A-DP has refused to desist from the complained of conduct.

28. A-DP had actual notice of Labor Ready's mark, name, and logo and adopted the logo in issue and commenced extensive use of such logo on its website with knowledge of Labor Ready's prior and superior rights in the LABOR READY mark, name, and logo.

29. A-DP's use of the logo in issue is in derogation of the rights of Labor Ready in its mark, name, and logo.

30. A-DP has adopted and used and continues to use the logo in issue willfully, intentionally, and knowingly as a mark in bad faith.

## COUNT I

## FEDERAL TRADEMARK INFRINGEMENT – 15 U.S.C. § 1114

31. Labor Ready incorporates by reference the allegations contained in the preceding paragraphs of the Complaint as though the same were fully rewritten herein.

32. Use by A-DP of the logo in issue as depicted in Exhibit B in connection with its website promoting its services is likely to cause confusion with Labor Ready's registered mark, granted the close and deliberate similarity between the designation chosen by A-DP and

the Labor Ready mark and granted the related nature of the activities, services and businesses of the parties, both current and prospective.

33. Members of the relevant public and trade who see A-DP's repeated use of logo in issue are likely to believe in error that A-DP's activities are conducted by or with the approval or authorization of Labor Ready or that A-DP's activities are conducted with the consent or approval of Labor Ready.

34. The repeated use by A-DP of the logo in issue in connection with its website and in anticipation of its entry into the marketplace as a competitor of Labor Ready is likely to cause confusion, mistake, and deception among the relevant public and trade as to the source or sponsorship of A-DP's activities, and as to the affiliation of Labor Ready with A-DP's activities, causing harm to Labor Ready's business, reputation and goodwill.

35. Labor Ready has not consented directly or indirectly to the use by A-DP of the logo in issue in connection with its website or the initiation of competitive business.

36. The activities of A-DP complained of herein constitute trademark infringement of Labor Ready's registered mark in violation of the Lanham Act, 15 U.S.C. § 1114, to the substantial and irreparable injury of Labor Ready's business, reputation and goodwill.

37. Labor Ready has no adequate remedy at law. The said conduct of A-DP has caused and, if not enjoined, will continue to cause, irreparable injury to Labor Ready.

38. Labor Ready has sustained and will sustain substantial damages from the aforesaid unlawful actions of A-DP, in an amount to be determined at trial.

## PRAYERS FOR RELIEF

WHEREFORE, Plaintiffs, Labor Ready, Inc. and Labor Ready Northeast, Inc., respectfully demand judgment:

1. That Defendants' conduct as described herein constitutes:

   (a) federal trademark infringement, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114; and

   (b) unfair competition in the nature of false designation of origin and representations, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

2. That the Defendants, their officers, directors, agents, servants, employees, attorneys, related companies, licensees, and all persons acting for, with, by, through, and under them be enjoined from using the logo depicted in Exhibit B and any other mark, name or logo which simulates the LABOR READY mark, name or logo; and from committing any other act calculated or likely to cause purchasers, potential purchasers of Labor Ready's Services or members of the relevant trade or public to believe that the activities of the Defendants are sponsored, authorized, or otherwise approved by the Plaintiffs, unless they are such;

3. That the Defendants pay to the Plaintiffs such damages as the Plaintiffs have sustained in consequence of the trademark infringement, unfair competition and unfair and deceptive acts and practices of the Defendants, and to account for and pay to the Plaintiffs, all gains, profits, and advantages derived by the Defendants from said unfair competition;

4. That the Defendants pay to the Plaintiffs three times such profits or damages, whichever is greater, together with pre-judgment interest, as a consequence of the willful nature of Defendants' unfair competition;

5.   That the Defendants be required to recall and destroy all items not yet in the hands of the public, including but not limited to advertising, brochures and promotional materials that bear the logo in issue;

6.   That the Defendants pay to the Plaintiffs their reasonable attorney's fees and the full costs of this action pursuant to 15 U.S.C. § 1117 and G.L. ch. 93A; and,

7.   That the Plaintiffs have such other and further relief as the Court may deem equitable.

Respectfully submitted,

LABOR READY, INC and
LABOR READY NORTHEAST, INC.

By their attorneys

_____
Michael R. Reinemann, Esq. (BBO #556,808)
CESARI AND MCKENNA, LLP
88 Black Falcon Ave.
Boston, Massachusetts 02210
(617) 951-2500

Of Counsel:

Roberta Jacobs-Meadway, Esq. (PA No. 21214)
Richard Peirce, Esq. (PA No. 85659)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
tel. (215) 665-8500
fax.

Dated: 12/18/2002

H:\130\000\0000\Complaint

PHL_A #1702151 v1                                                    10

**LABOR READY**

*Dependable Temporary Labor.*

Home | News | Services | e-customer | Investors

Welcome!

Mission Statement

Our Guarantee

Job Opportunities

• • • • •

Open An Account

Customer Care

News Subscription

Branch Locator

Invoice Viewer

**Welcome!**

*Help is on the way when you call Labor Ready!*

**Your Source for dependable temporary workers.**

Get 2 Hours Free Labor

Learn how you benefit from a Labor Ready e-customer account. Order workers, manage your account and more, and get 2 hours FREE labor when you open a new e-customer account!

Labor Ready is the nation's leading provider of temporary manual labor to the light industrial and small business markets. Whether you need one or one hundred workers for one or one hundred days, call Labor Ready. We'll send workers as quickly as one hour after you order, and every worker is backed by our President's 100% Satisfaction Guarantee.

Good help is not hard to find...just call Labor Ready!

Greetings from our CEO
Labor Ready became a market leader with over 700 branches across North America by providing a needed service-dependable, temporary labor-to businesses of every size in hundreds of industries. It's that simple. more...

**e-customer login**

Use this log-in form to access the on-line order placement and reporting system.

Retrieve forgotten password

Email:

Password:

Log in

### 10 Jobs Labor Ready Workers Do Every Day

1. **Freight Handling:** Our workers will load or unload anything!
2. **Construction:** We do site clean-up and many unskilled tasks.
3. **Janitorial:** Need help keeping things neat?
4. **Light Industrial/Assembly:** Unskilled repetitive tasks are one of our specialties.
5. **Demolition:** We can tear it up!
6. **Food Processing:** Sure, we can cook.
7. **Catering:** Large or small events are no problem for our workers.
8. **Waste Hauling:** We'll take out your garbage too.
9. **Fixture Installation:** We help installing lights or shelves.
10. **Warehouse:** Unloading and inventory management.

---

Home • News • Services • e-customers • Investors • Privacy Statement • Customer Care
Labor Ready, Inc. • PO Box 2910 • Tacoma, WA 98402-2910 • 1-800-24LABOR • ©2001 Labor Ready®



**Home**

**How Labor Ready Exploits Workers**

**Worker Testimony**

**Discrimination**

**Campaign Timeline of Events**

**Media Coverage**

**Links**

**About A-DP**

More coming soon!

The Anti-Displacement Project (A-DP) is proud to present this web site to get the word out about its aggressive, first-of-its kind campaign against America's worst employer, Labor Ready.

Labor Ready is in the business of selling cheap, human labor at the lowest possible cost to its customers. But selling labor cheap comes with huge human costs: Labor Ready workers are getting systematically ripped-off, exploited, and abused. It's modern day slavery and it's illegal.



This web site will document how Labor Ready exploits workers in the Western Massachusetts community. Second, it will give a blow by blow account of how a small but determined group of low-income workers is going to abolish this mutli-billion dollar, multi-national corporation's shenanigans. Finally, it will show why our community needs a non-profit, worker-run Workers' Center as an alternative to for-profit hiring halls that treat workers as commodities. The Workers' Center goal will be to pay as much money into workers' pockets, provide real opportunities for developing our community's most vulnerable workforce, and treat workers with the dignity and respect that is due every worker and human being.

**Breaking News**

**Cutler Associates has agreed to meet with the A-DP on December 6, 2002. Stay tuned for more...**

# COMING SOON TO THIS SITE:

-- **MORE** testimony from Labor Ready workers about how they are exploited.
-- Documentation of Labor Ready's exploitive practices.
-- The inside scoop on the campaign. Learn what you aren't reading or seeing in the media.
-- Latest campaign updates.

For more info, call the A-DP at 413-739-7233 or send an e-mail to
**steve@a-dp.org**

**LABOR READY** — *Dependable Temporary Labor.*

Home | News | Services | e-customer | Investors

- Welcome!
- Mission Statement
- Our Guarantee
- Job Opportunities
- • • • • •
- Open An Account
- Customer Care
- News Subscription
- Branch Locator
- Invoice Viewer

### Welcome!



*Help is on the way when you call Labor Ready!*

**Your Source for dependable temporary workers.**

Get 2 Hours Free Labor

Learn how you benefit from a Labor Ready e-customer account. Order workers, manage your account and more, and get 2 hours FREE labor when you open a new e-customer account!

Labor Ready is the nation's leading provider of temporary manual labor to the light industrial and small business markets. Whether you need one or one hundred workers for one or one hundred days, call Labor Ready. We'll send workers as quickly as one hour after you order, and every worker is backed by our President's 100% Satisfaction Guarantee.

Good help is not hard to find...just call Labor Ready!

Greetings from our CEO
Labor Ready became a market leader with over 700 branches across North America by providing a needed service-dependable, temporary labor-to businesses of every size in hundreds of industries. It's that simple. more...

**e-customer login**

Use this log-in form to access the on-line order placement and reporting system.

Retrieve forgotten password

Email:

Password:

[Log in]

### 10 Jobs Labor Ready Workers Do Every Day

1. **Freight Handling:** Our workers will load or unload anything!
2. **Construction:** We do site clean-up and many unskilled tasks.
3. **Janitorial:** Need help keeping things neat?
4. **Light Industrial/Assembly:** Unskilled repetitive tasks are one of our specialties.
5. **Demolition:** We can tear it up!
6. **Food Processing:** Sure, we can cook.
7. **Catering:** Large or small events are no problem for our workers.
8. **Waste Hauling:** We'll take out your garbage too.
9. **Fixture Installation:** We help installing lights or shelves.
10. **Warehouse:** Unloading and inventory management.

---

Home • News • Services • e-customers • Investors • Privacy Statement • Customer Care
Labor Ready, Inc. • PO Box 2910 • Tacoma, WA 98402-2910 • 1-800-24LABOR • ©2001 Labor Ready®



## News Releases

Current | Archive

| Date | Title  (click to view the full text) |
|---|---|
| 12/13/2002 | Labor Ready Updates Fourth Quarter Guidance |
| 12/12/2002 | Labor Ready Announces Additional Share Repurchase Authorization |
| 12/12/2002 | Matt Rodgers Named Labor Ready Chief Operating Officer |
| 10/15/2002 | Labor Ready Reports 7.6% Increase in Net Income for Third Quarter |
| 10/10/2002 | Labor Ready Successfully Resolves Washington Workers Compensation Audit; Two Other Successful Legal Developments Also Announced |
| 9/27/2002 | Labor Ready Updates Third Quarter Guidance Revenue and Net Income Ahead of Previous Estimates |

Current | Archive

## Search Press Releases

[           ]  Search

**Sidebar:**
- Investor Relations
- Management & Directors
- Stock Quote
- Stock Chart
- Advanced Fundamentals
- News Releases
- Earnings Estimates
- Analyst Coverage
- Financial Reports
- SEC Filings
- Frequently Asked Questions
- Calendar of Events
- E-Mail Alerts
- Information Request

Home • News • Services • e-customers • Investors • Privacy Statement • Customer Care
Labor Ready, Inc. • PO Box 2910 • Tacoma, WA 98402-2910 • 1-800-24LABOR • ©2001 Labor Ready®

**LABOR READY** — *Dependable Temporary Labor.*

Home | News | Services | e-customers | Investors

- Services
- Our Guarantee
- Customer FAQ
- How We Work
- Success Stories
- Industries Served
- Tax IDs (W-9)

●●●●●

- Open An Account
- Customer Care
- News Subscription
- Branch Locator

●●●●●

- Cost Justification
- Industry Links
- Invoice Viewer

## How We Can Help



*Help is on the way when you call Labor Ready!*

Labor Ready provides dependable unskilled workers to do the hard jobs that occasionally come up in your business.

This service simplifies your job since we handle all the payroll processing (pay, insurances, deductions, etc). This makes it easy for you to concentrate on what counts: Your Business!

**How you save time and money with Labor Ready:**
- Simply place your order and if the workers are available the right workers will be on site on time, as fast as one hour after the order is placed!
- You pay no personnel-related overhead, withholdings, add-ons or fringe benefits.
- You pay only for hours worked (minimum of four hours).
- You have no contract with any Labor Ready worker.
- If you choose to hire a Labor Ready worker as a permanent employee, simply let us know. There will be no charge.
- Workers can be dispatched any time, 24 hours a day, and 7 days a week.
- No paperwork hassles. Each worker carries a work order for you to sign at the end of the shift.
- You receive one easy-to-read bill per week, payable within seven days. **(Now pay invoices online!)**
- You may cancel your work order without charge up to one hour prior to start time.
- Your satisfaction with Labor Ready workers is 100% Guaranteed!

### e-customer login

Use this log-in form to access the on-line order placement and reporting system.

Retrieve forgotten password

Email:

Password:

[Log In]

---

Home • News • Services • e-customers • Investors • Privacy Statement • Customer Care
Labor Ready, Inc. • PO Box 2910 • Tacoma, WA 98402-2910 • 1-800-24LABOR • ©2001 Labor Ready®

**LABOR READY** — *Dependable Temporary Labor.*

Home | News | Services | e-customer | Investors

- Investor Relations
- Management & Directors
- Stock Quote
- Stock Chart
- Advanced Fundamentals
- News Releases
- Earnings Estimates
- Analyst Coverage
- Financial Reports
- SEC Filings
- Frequently Asked Questions
- Calendar of Events
- E-Mail Alerts
- Information Request

# Investor Relations

**Corporate Profile**

Labor Ready is the nation's leading provider of temporary manual labor to the light industrial and small business markets. Labor Ready puts people to work, serving more than 300,000 customers by providing a flexible, dependable workforce to such industries as freight handling, warehousing, landscaping, construction and light manufacturing. Labor Ready operates in 50 states, Puerto Rico, Canada, and the United Kingdom and is based in Tacoma, Washington.

**Shareholder Information**

**Exchange**

New York Stock Exchange

**Stock Quote (LRW)**

5.83 -0.19 (-3.16%)
As of 12/18/2002 1:18 PM
Minimum 20 minutes delayed

**Listed Security**

LRW Common Stock

**Corporate Information**

1015 A Street
Tacoma, WA 98402
http://www.LaborReady.com

**Transfer Agent**

Computershare Trust Company
350 Indiana Street, Suite 800
Golden, CO 80401
Phone 303.262.0600

**Investor Relations Contact**

Steve Cooper
Executive Vice President & CFO
Phone 800.610.8920
InvestorRelations@LaborReady.com

Copyright © 1998-2002 MarketWatch.com Inc. User agreement applies.
Historical and current end-of-day data provided by Interactive Data Corp.

Intraday data is at least 20-minutes delayed. All times are EDT.
Intraday data provided by S&P Comstock and subject to terms of use.

Home • News • Services • e-customers • Investors • Privacy Statement • Customer Care
Labor Ready, Inc. • PO Box 2910 • Tacoma, WA 98402-2910 • 1-800-24LABOR • ©2001 Labor Ready®

**LABOR READY** — *Dependable Temporary Labor.*

Home | News | Services | e-customer | Investors

- Welcome!
- Mission Statement
- Our Guarantee
- Job Opportunities

• • • • • •

- Open An Account
- Customer Care
- News Subscription
- Branch Locator
- Invoice Viewer

## Mission Statement

" Labor Ready is the proactive, ethical, international industry leader providing dedicated workers and quality service to our valued customers. We provide economic opportunities for all of our employees and shareholders."

---

Home • News • Services • e-customers • Investors • Privacy Statement • Customer Care
Labor Ready, Inc. • PO Box 2910 • Tacoma, WA 98402-2910 • 1-800-24LABOR • ©2001 Labor Ready®



# UNITED STATES PATENT AND TRADEMARK OFFICE

## Trademark Electronic Search System (TESS)

TESS was last updated on Wed Dec 18 04:10:43 EST 2002

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | LABOR READY |
| **Goods and Services** | IC 035. US 101. G & S: temporary employment agency services. FIRST USE: 19900817. FIRST USE IN COMMERCE: 19901001 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74109969 |
| **Filing Date** | October 29, 1990 |
| **Published for Opposition** | September 24, 1991 |
| **Registration Number** | 1668771 |
| **Registration Date** | December 17, 1991 |
| **Owner** | (REGISTRANT) LABOR READY INC CORPORATION WASHINGTON 1016 S 28TH ST TACOMA WASHINGTON 98409 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JORDAN M MESCHKOW |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LABOR" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010503. |
| **Renewal** | 1ST RENEWAL 20010503 |
| **Live/Dead Indicator** | LIVE |

| PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Top | Help |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 12/18/2002 13:45:30 ET

Serial Number: 74109969

Registration Number: 1668771

Mark (words only): LABOR READY

Current Status: This registration has been renewed.

Date of Status: 2001-05-03

Filing Date: 1990-10-29

Registration Date: 1991-12-17

Law Office Assigned: TMEO Law Office # 05

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 2001-05-07

### CURRENT APPLICANT(S)/OWNER(S)

1. LABOR READY INC

Address:
LABOR READY INC
1016 S 28TH ST
TACOMA, WA 98409
United States
State or Country of Incorporation: Washington
Legal Entity Type: Corporation

### GOODS AND/OR SERVICES

temporary employment agency services
International Class: 035
First Use Date: 19900817
First Use in Commerce Date: 19901001

Basis: 1(a)

## ADDITIONAL INFORMATION

**Disclaimer:** "LABOR"

## PROSECUTION HISTORY

2001-05-03 - Registration renewed - 10 year

2001-05-03 - Section 8 (10-year) accepted/ Section 9 granted

2001-01-17 - Combined Section 8 (10-year)/Section 9 filed

1997-03-31 - Section 8 (6-year) accepted & Section 15 acknowledged

1997-03-03 - Response received for Post Registration action

1997-01-30 - Post Registration action mailed Section 8 & 15

1996-12-11 - Section 8 (6-year) and Section 15 Filed

1991-12-17 - Registered - Principal Register

1991-09-24 - Published for opposition

1991-08-23 - Notice of publication

1991-04-10 - Approved for Pub - Principal Register (Initial exam)

1991-04-02 - Examiner's amendment mailed

1991-03-27 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
JORDAN M MESCHKOW (Attorney of record)

JORDAN M MESCHKOW
MESCHKOW & GRESHAM
5727 N 7TH ST STE 409
PHOENIX AZ 85014-5818
United States